PER CURIAM.
Affirmed upon authority of Baer v. General Motors Acceptance Corporation, 1931, 101 Fla. 913, 132 So. 817; C. I. T. Corporation v. Reeves, 1933, 112 Fla. 424, 150 *169 So. 638; Commercial Credit Co. v. Miller, 1933, 111 Fla. 554, 149 So. 482; Universal Credit Co. v. McKinnon, 1932, 106. Fla. 849, 143 So. 778; and Kent v. Tallahassee Motor Company, 1940, 141 Fla. 789, 193 So. 821.
KANNER, C. J., ALLEN, J., and BIRD, Associate Judge, concur.